```
                                                        FILED
                                                  U.S. DISTRICT COURT
                                                  DISTRICT OF NEBRASKA

          IN THE UNITED STATES DISTRICT COURT    2008 JUN 23 PM 3: 14
              FOR THE DISTRICT OF NEBRASKA
                                                 OFFICE OF THE CLERK
```

UNITED STATES OF AMERICA,          )
                                   )         4:08CR3091
              Plaintiff,           )
                                   )
    vs.                            )         ORDER
                                   )
BRANDON CHRISTOPHER CRAGO,         )
                                   )
              Defendant.           )

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT THEREFORE HEREBY IS ORDERED** that Joel Lonowski is appointed as attorney of record for the above-named defendant.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

DATED June 23, 2008.

BY THE COURT

_____
Warren K. Urbom
United States Senior District Judge