```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
               Plaintiff,       )          4:08CR3091
                                )
       v.                       )
                                )
BRANDON CHRISTOPHER CRAGO,      )              ORDER
                                )
               Defendant.       )
                                )
```

IT IS ORDERED:

The unopposed oral motion of defendant is granted and the change of plea hearing is removed from the August 20 calendar.

A telephone status conference is set for September 10, 2008 at 2:30 p.m. before the undersigned. Plaintiff's counsel shall initiate the call.

DATED this 15th day of August, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge