```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )           4:08CR3091
                                )
      v.                        )
                                )
BRANDON CHRISTOPHER CRAGO,      )              ORDER
                                )
              Defendant.        )
                                )
```

Following a telephone conference on September 10, 2008,

IT IS ORDERED:

Another telephone status conference is set for October 8, 2008 at 11:00 a.m.  Plaintiff's counsel shall initiate the call.

DATED this 11th day of September, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge